FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 17 2022

KEVIN P. WEIMER, Clerk

By: Lisa Enix
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| *v.* | |
| SOOK HEE KIM | No. 1:22-CR-87 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 3, 2020, in the Northern District of Georgia, the defendant, SOOK HEE KIM, aided and abetted by Paul Kwak, made a statement she knew to be false, for the purpose of obtaining a loan from the Small Business Administration, and for the purpose of influencing in any way the action of the Small Business Administration. Specifically, SOOK HEE KIM caused to be filed an Economic Injury Disaster Loan program application for Daewoo Plumbing LLC that contained material statements she knew to be false, including statements about that company's number of employees and gross revenue.

All in violation of Title 15, United States Code, Section 645(a), and Title 18, United States Code, Section 2.

KURT R. ERSKINE
  *Acting United States Attorney*

*Michael S. Qin*

MICHAEL S. QIN
  *Assistant United States Attorney*
Georgia Bar No. 206110

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181